UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID RICHARD DANCE,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　Respondent. | No. 2:17-cv-00156-RSM<br><br>**ORDER** |

THE COURT, having considered the Government's Motion for an Extension of Time:

IT IS HEREBY ORDERED that the deadline for the Government to file and serve an Answer to Petitioner's Motion Pursuant to 28 U.S.C. § 2255 to Vacate, Correct, or Set Aside Sentence is extended fourteen (14) days until April 3, 2017.

IT IS FURTHER ORDERED that Petitioner's Reply, if any, shall be filed within thirty (30) days after the Government's Answer is due.

DATED this 6 day of March 2017.

　　　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

ORDER/DANCE
NO. 2:17-cv-00156-RSM) - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  Presented by:
2  *s/Hugo Torres*
   HUGO TORRES
3  Special Assistant United States Attorney
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER/DANCE
NO. 2:17-cv-00156-RSM) - 2