UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| DAVID RICHARD DANCE, | ) | CASE NO. C17-0156RSM |
| Petitioner, | ) ) | |
| v. | ) ) | MINUTE ORDER |
| UNITED STATES OF AMERICA, | ) ) | |
| Respondent. | ) ) | |

The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, Chief United States District Judge:

On March 6, 2017, this Court granted an extension of time for Petitioner to respond to the government's response until May 3, 2017. Dkt. #8. On May 3rd, Petitioner filed a motion for extension of time to file such Reply until June 9, 2017, on the basis that he requires additional time to obtain evidence that is not immediately accessible to him at Camp Sheridan.

Having reviewed Petitioner's motion, the Court finds good cause for the requested extension. Accordingly, Petitioner's Reply is now **due no later than June 9, 2017.**

The Clerk SHALL RE-NOTE the government's response for consideration on June 9, 2017.

The Clerk SHALL ALSO send a copy of this Order to Petitioner via U.S. Mail at the address contained on the docket in this matter.

MINUTE ORDER
PAGE - 1

DATED this 4th day of May, 2017.

                                       WILLIAM McCOOL, Clerk

                              By:    /s/ Rhonda Stiles
                                         Deputy Clerk

MINUTE ORDER
PAGE - 2