UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID RICHARD DANCE, | CASE NO. C17-0156RSM |
| Petitioner, | |
| v. | MINUTE ORDER |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, Chief United States District Judge:

On May 3, 2017, Petitioner filed a motion for extension of time to file his Reply until June 9, 2017, on the basis that he requires additional time to obtain evidence that is not immediately accessible to him at Camp Sheridan. On June 7, 2017, Petitioner filed a second motion for extension of time, seeking 15 additional days in which to file his Reply, such that it will be due no later than June 24, 2017. Dkt. #12.

Having reviewed Petitioner's motion, the Court finds good cause for the requested extension. Accordingly, Petitioner's Reply is now **due no later than June 24, 2017.**

The Clerk SHALL RE-NOTE the government's response for consideration on June 24, 2017.

MINUTE ORDER
PAGE - 1

The Clerk SHALL ALSO send a copy of this Order to Petitioner via U.S. Mail at the address contained on the docket in this matter.

DATED this 8th day of June, 2017.

                                          WILLIAM McCOOL, Clerk

                                          By:    /s/ Rhonda Stiles
                                                        Deputy Clerk